PATRICIA A. KINAGA, SBN 126845
DREW ALEXIS, SBN 177692
DANIEL HO, SBN 205852
WOO JEAN CHUNG, SBN 266838
KINAGA LAW FIRM
617 South Olive Street, Suite 1210
Los Angeles, CA 90014
Tel:  213.623.8588
Fax:  213.623.8788
pkinaga@kinagalawfirm.com
dalexis@kinagalawfirm.com
dho@kinagalawfirm.com
jchung@kinagalawfirm.com

Attorneys for Plaintiff
NICHOLAS LYON

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT CALIFORNIA

| | |
|---|---|
| NICHOLAS LYON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>FUNIMATION PRODUCTIONS, LTD., dba FUNIMATION ENTERTAINMENT; AMERICAN UNITED MEDIA, LLC, dba IFA DISTRIBUTION; ROBERT RODRIGUEZ, as an individual; GEN FUKUNAGA, as an individual; GIANT APE MEDIA; and DOES 1 through 50,<br><br>Defendants. | CASE NO. CV13-6268 SVW (JHx)<br><br>**JOINT STIPULATION RE DISMISSAL**<br><br>Courtroom 6, Second Floor<br>Judge: Honorable Stephen V. Wilson |

Plaintiff NICHOLAS LYON ("Plaintiff") and Defendant FUNIMATION PRODUCTIONS, LTD., d/b/a FUNIMATION ENTERTAINMENT ("Defendant"), by and through their respective counsel of record herein stipulate as follows:

1. Plaintiff commenced this action by filing a civil complaint against Defendant in the Los Angeles Superior Court on or about August 6, 2013, and the case was assigned case number BC517450 (the "Action");

2. On or about August 27, 2013, Defendant filed a Notice of Removal of the Action to the United States District Court for the Central District of California.

3. At the same time and unaware of the removal, Plaintiff submitted for filing a request for dismissal without prejudice of the Action in the Los Angeles Superior Court.

4. On or about August 26, 2013, Plaintiff filed a separate action (Case No. SACV13-1322 MWF (AJWx)) in the United States District Court.

5. Plaintiff dismissed the Action in order to pursue the federal case filed on August 26, 2013.

6. No defendant has yet filed an answer or responsive pleading to the complaint in this Action.

7. Accordingly, the parties stipulate to the dismissal without prejudice of this Action.

Dated: September 6, 2013          /s/ Patricia A. Kinaga

Patricia A. Kinaga
Kinaga Law Firm

Attorneys for Plaintiff
NICHOLAS LYON

Dated: September 6, 2013          /s/ Lauren J. Harrison

Lauren J. Harrison
Jones Walker

Attorney for Defendant
FUNimation Productions, Ltd. d/b/a
FUNimation Entertainment