UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:13-cv-06268-SVW-SH | Date | September 9, 2013 |
|---|---|---|---|
| Title | Nicholas Lyon v. FUNimation Productions Ltd et al | | |

JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:** IN CHAMBERS ORDER re: [9] Joint STIPULATION to Dismiss Case pursuant to FRCP 41(a)(1)(A)(ii) filed by Plaintiff Nicholas Lyon

( )   Case previously closed in error.  Make JS-5.

(X)   Case closed on entry [9] dated 09/06/13 .  Make JS-6.

( )   Case settled but may be reopened if settlement is not consummated within  days.  Make JS-6.

( )   Other:

( )   Entered:

: _____

Initials of Preparer